UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA GIL HURTADO,<br><br>            Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY.<br><br>            Defendant. | Case No. 1:22-cv-00206-ADA-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY<br><br>(Doc. 15).<br><br>TWO-DAY DEADLINE |

On February 17, 2022, Defendant Ford Motor Company removed this action from Kern County Superior Court. (Doc. 1). On July 20, 2022, the Hon. Magistrate Judge Barbara A. McAuliffe entered a scheduling order which, among other things, set June 9, 2023, as the deadline for filing any pretrial motions, including dispositive motions. (Doc. 11).

As no party filed pretrial motions and the time to do so has passed, on June 20, 2023, the Court entered a minute order directing the parties to meet and confer and file a joint report no later than June 30, 2023, identifying three dates of mutual availability between August 21 and September 29, 2023, to convene with the undersigned for a settlement conference. (Doc. 15). As of the date of this Order, the parties have failed to file a joint report and the time to do so has passed.

Consistent with Local Rule 270, the Hon. District Judge Ana de Alba has issued a "Standing

Order in Civil Actions" that provides: "Settlement conferences are mandatory and are scheduled at times mutually convenient to the court, counsel, and the parties." *See* Local Rule 270(a).

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that within two days of entry of this order, Plaintiff and Defendant shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for their failure to timely file a joint report identifying three dates of mutual availability between August 21 and September 29, 2023, to convene with the assigned magistrate judge for settlement conference.

Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **July 5, 2023**

UNITED STATES MAGISTRATE JUDGE