UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA GIL HURTADO,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY.<br><br>  Defendant. | Case No. 1:22-cv-00206-ADA-CDB<br><br>ORDER RE: JULY 5, 2023 ORDER TO SHOW CAUSE<br><br>(Doc. 17).<br><br><u>TWO-DAY DEADLINE</u> |

On July 5, 2023, the Court issued an order requiring the parties to show cause in writing why sanctions should not be imposed for their failure to timely file a joint report identifying three dates of mutual availability between August 21 and September 29, 2023, to convene with the assigned magistrate judgment for settlement conference. (Doc. 16). On July 7, 2023, the parties filed a joint response to the Court's order to show cause. (Doc. 17). The parties apologized to the Court for failing to timely file a joint report and identified three dates to convene for a settlement conference. *Id*.

The parties' response to the show cause order provides no explanation for the parties' failure to follow the Court's order and is therefore deficient. The Court is unable to determine whether its show cause order may be discharged as the parties have failed to demonstrate the untimely filing was the result of excusable neglect. *See In re Veritas Software Corp. Sec. Litig.,* 496 F.3d 962, 973 (9th Cir. 2007).

Accordingly, it is HEREBY ORDERED that within two days of entry of this order, the parties shall show cause in a joint writing why sanctions, including monetary sanctions or dismissal, should not be imposed for their failure to timely file the aforementioned report three to schedule a settlement conference.

Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **July 11, 2023**

UNITED STATES MAGISTRATE JUDGE