UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA GIL HURTADO,<br><br>    Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY.<br><br>    Defendant. | Case No. 1:22-cv-00206-ADA-CDB<br><br>ORDER DISCHARGING SEPTEMBER 11, 2023, SANCTIONS ORDER AND REQUIRING PLAINTIFF TO PAY SANCTION<br><br>(Doc. 26)<br><br><u>14-DAY DEADLINE</u> |

On January 18, 2022, Plaintiff Elia Gil Hurtado ("Plaintiff") initiated this action against Defendant Ford Motor Company ("Defendant") in Superior Court of the State of California, County of Kern. (Doc. 1). Defendant removed this action to this Court on February 17, 2022. *Id*.

On July 14, 2023, the Court issued an order setting a settlement conference. (Doc. 21). In its order setting the parameters for the settlement conference, the Court directed the parties to lodge with the Court confidential settlement statements no later than September 7, 2023. (Doc. 21 at 2). After Plaintiff failed to timely lodge a confidential settlement statement, on September 8, 2023, the Court directed Plaintiff to comply with the submission requirement by 9:00 a.m. on September 11, 2023. (Doc. 25). The Court's order admonished: "Failure to timely comply with this Order will result in the imposition of sanctions." Plaintiff failed to timely respond to the Court's order. Thereafter, the Court issued an order requiring Plaintiff to pay sanctions of $100 per day until

1

Plaintiff's confidential settlement statement was lodged with this Court. (Doc. 26). The Court found a daily sanction should be imposed to compel compliance with its earlier order. *Id*. Thereafter, that same day, Plaintiff lodged a confidential settlement statement to the Court.

The Court is satisfied Plaintiff recognizes the importance of timely and fully abiding by the Court's orders, as evidenced by his prompt response to the Court's order imposing monetary sanctions. Accordingly, the Court shall discharge further sanctions and shall impose a $100 sanction based on the Court's order. *See* (Doc. 26 at 3) ("Plaintiff's lodging of the statement on the date of this order will not relieve Plaintiff of the sanction imposed commencing on this date.").

Based on the foregoing, IT IS HEREBY ORDERED that:

Plaintiff shall pay the Clerk of the Court $100.00 in sanctions no later than September 27, 2023. Plaintiff shall file proof of payment with the Court once payment is made.

And IT IS FURTHER ORDERED that if such payment and proof of payment is not timely made, additional sanctions of $50.00 per day shall issue from September 27, 2023, until full payment is received.

IT IS SO ORDERED.

Dated: **September 12, 2023**

UNITED STATES MAGISTRATE JUDGE